## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Georgia Moffat, et al.
                                  Plaintiff,

v.                                                                                   Case No.: 1:23−cv−14571
                                                                             Honorable Franklin U. Valderrama

Datacomp Appraisal Systems, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' motion for leave to provisionally file class action complaint under seal [3]. The complaint may remain under seal. No later than 45 days after all Defendants have appeared in the case, the parties are instructed to file a status report as to which portions of the Complaint should remain under seal. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.